CLERK'S OFFICE U.S. DIST. COURT
AT DANVILLE, VA
FILED
for Roanoke
JUL - 3 2014
JULIA C. DUDLEY, CLERK
BY: /s/
DEPUTY CLERK

IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF VIRGINIA
ROANOKE DIVISION

| | | |
|---|---|---|
| KENNETH VALENTINE AWE,<br>    Plaintiff, | ) ) ) | Civil Action No. 7:14-cv-00241 |
| v. | ) ) | **ORDER** |
| WARDEN MATHENA,<br>    Defendant. | ) ) ) | By:  Hon. Jackson L. Kiser<br>       Senior United States District Judge |

In accordance with the written Memorandum Opinion entered this day, it is hereby

**ORDERED**

that the Complaint is **DISMISSED without prejudice** as frivolous, pursuant to 28 U.S.C. § 1915A(b)(1); it is **CERTIFIED** that an appeal would not be taken in good faith, pursuant to 28 U.S.C. § 1915(a)(3); and the action is **STRICKEN** from the active docket of the court.

The Clerk is directed to send copies of this Order and the accompanying Memorandum Opinion to Plaintiff.

**ENTER:** This 3rd day of July, 2014.

/s/ Jackson L. Kiser
Senior United States District Judge